## AFFIDAVIT OF SHEILA BENNETT

Sheila Bennett, after being first duly sworn, makes this Affidavit and states as follows:

1. My name is Sheila Bennett.

2. I have served as the pharmaceutical buyer for Walgreen Co., an Illinois corporation, during the period of 1988 to the present.

3. In that capacity, I have personal knowledge of the statements contained in this Affidavit. I am fully familiar with all name brand products currently and in the past sold by Walgreen Co.

4. I am competent to make this Affidavit.

5. I am over the age of twenty-one (21) years old.

6. The prescription drug Vioxx® was manufactured by Merck & Co., Inc., a co-defendant in this action.

7. Walgreen Co. exercised no control over the design and manufacture of Vioxx®, nor did Walgreen Co. provide instructions or warnings to the manufacturer of said drug.

8. At all times relevant to this litigation, Walgreen Co. possessed no knowledge or information regarding any defect in Vioxx® which might or could have caused injury or damage to plaintiffs.

9. Walgreen Co. made no changes in Vioxx® prior to sale of the product to consumers.

10. Walgreen Co. is not aware of any facts or circumstances upon which a verdict might be reached against it, other than with regard to its status as a seller in the stream of commerce of Vioxx®.

11. Upon information and belief, the prescription drug Celebrex® was manufactured by Pfizer, Inc., a co-defendant in this action.

12. Walgreen Co. exercised no control over the design and manufacture of Celebrex®, nor did Walgreen Co. provide instructions or warnings to the manufacturer of said drug.

13. At all times relevant to this litigation, Walgreen Co. possessed no knowledge or information regarding any defect in Celebrex® which might or could have caused injury or damage to plaintiffs.

14. Walgreen Co. made no changes in Celebrex® prior to sale of the product to consumers.

15. Walgreen Co. is not aware of any facts or circumstances upon which a verdict might be reached against it, other than with regard to its status as a seller in the stream of commerce of Celebrex®.

Further, Affiant sayeth not.

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*Sheila B Bennett*
Affiant

Subscribed and sworn to before me this 27 day of June, 2006.

*Darlene Clothier*

My Commission Expires:
12/08/09

**OFFICIAL SEAL**
**DARLENE CLOTHIER**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/08/09

- 2 -