CLOSED

## U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:06-cv-00897-MJR-DGW
## Internal Use Only

Foreman v. Merck & Co Inc et al
Assigned to: Judge Michael J. Reagan
Referred to: Mag/Judge Donald G. Wilkerson
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/08/2006
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Patty Foreman**   represented by   **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rowland**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: rrowland@ghalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**
*doing business as*
MSD Sharp & Dohme GmbH
*doing business as*
Merck, Sharp and Dohme

represented by   **Dan H. Ball**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: dhball@bryancave.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email: rtebert@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

G.D. Searle, LLC        represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen Co**
*doing business as*
Walgreens

represented by **David A. Dick**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Email: ddick@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**B. Matthew Struble**
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: mstruble@thompsoncoburn.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**

represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**

represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2006 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115122. Documents may now be electronically filed. Case number 06-897-MJR must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice & Consent to Trial by US Magistrate Judge) (tkm) (Entered: 11/08/2006) |
| 11/08/2006 | 2 | CONSENT to Removal byG.D. Searle, LLC, Pfizer Inc, Pharmacia |

| | | |
|---|---|---|
| | | Corporation. (Shultz, Robert) (Entered: 11/08/2006) |
| 11/08/2006 | 3 | ANSWER to Complaint with Jury Demand by G.D. Searle, LLC, Pfizer Inc, Pharmacia Corporation.(Shultz, Robert) (Entered: 11/08/2006) |
| 11/08/2006 | 4 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, case number 06L854. ( Filing fee $ 350) (Attachments: # 1 Exhibit 1 Page 1 of 2# 2 Exhibit 1 Page 2 of 2# 3 Exhibit 2# 4 Exhibit 3# 5 Civil Cover Sheet)(Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | 6 | MOTION to Stay *All Proceedings* by Merck & Co Inc. (Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | 7 | Corporate Disclosure Statement by Merck & Co Inc. (Soriano, Randy) (Entered: 11/08/2006) |
| 11/08/2006 | | ***Motions No Longer Referred: 6 MOTION to Stay *All Proceedings* (myz ) (Entered: 11/13/2006) |
| 11/09/2006 | 8 | Corporate Disclosure Statement by G.D. Searle, LLC, Pfizer Inc, Pharmacia Corporation. (Shultz, Robert) (Entered: 11/09/2006) |
| 11/20/2006 | 9 | RESPONSE to Motion re 6 MOTION to Stay *All Proceedings* filed by Patty Foreman. (Dickey, Aaron) (Entered: 11/20/2006) |
| 12/01/2006 | 10 | REPLY to Response to Motion re 6 MOTION to Stay *All Proceedings* filed by Merck & Co Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Strauss, Stephen) (Entered: 12/01/2006) |
| 12/08/2006 | 11 | MOTION to Remand to State Court by Patty Foreman. (Dickey, Aaron) (Entered: 12/08/2006) |
| 12/08/2006 | 12 | MEMORANDUM in Support re 11 MOTION to Remand to State Court filed by Patty Foreman. (Dickey, Aaron) (Entered: 12/08/2006) |
| 12/20/2006 | 13 | Summons Issued as to Walgreen Co. (dmw) (Entered: 12/20/2006) |
| 01/05/2007 | 14 | MEMORANDUM in Opposition re 11 MOTION to Remand to State Court filed by Merck & Co Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Strauss, Stephen) (Entered: 01/05/2007) |
| 01/11/2007 | 15 | NOTICE of Appearance by David A. Dick on behalf of Walgreen Co (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | 16 | CONSENT to Removal byWalgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | 17 | Corporate Disclosure Statement by Walgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/18/2007 | 18 | NOTICE of Appearance by B. Matthew Struble on behalf of Walgreen Co (Struble, B.) (Entered: 01/18/2007) |
| | | |

| | | |
|---|---|---|
| 01/24/2007 | 19 | MOTION to Dismiss by Walgreen Co. Responses due by 2/26/2007 (Attachments: # 1 Affidavit)(Dick, David) (Entered: 01/24/2007) |
| 01/24/2007 | 20 | ENTRY STRICKEN: MEMORANDUM re 19 MOTION to Dismiss filed by Walgreen Co. (Dick, David) Modified on 1/25/2007 (dmw). (Entered: 01/24/2007) |
| 01/25/2007 | 21 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 20 Memorandum filed by Walgreen Co. See attached document for specifics (dmw) (Entered: 01/25/2007) |
| 01/25/2007 | 22 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Walgreen Co. (Dick, David) (Entered: 01/25/2007) |
| 05/01/2007 | 23 | PRELIMINARY ORDER of Transfer with simultaneous separation, remand and transfer (Attachments: # 1 Cover Letter to Northern District of California# 2 Cover Letter to Eastern District of Lousiana)(dmw) (Entered: 05/01/2007) |
| 05/04/2007 | 24 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of CA, MDL 05-1699 in re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation. (Attachments: # 1 Letter from NDCA)(myz ) (Entered: 05/07/2007) |